# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA DRIESSEN and MICHAEL DRIESSEN, individually and on behalf of A.D., their minor child,<br><br>    Plaintiffs,<br><br>    v.<br><br>GLAXOSMITHKLINE LLC,<br><br>    Defendant. | Civil Action No.<br>19-11783-FDS |

## ORDER GRANTING MOTION TO WITHDRAW

**SAYLOR, C.J.**

On April 22, 2020, counsel for plaintiffs, Tobias L. Millrood of Pogust Millrood, LLC, filed a motion to withdraw as counsel due to his inability to contact plaintiffs. The motion to withdraw is GRANTED, effective 60 days from the date of this order—that is, as of June 22, 2020. The plaintiffs are directed to file a notice of change of address with the Court providing updated contact information. Plaintiffs shall be deemed to be representing themselves as of June 22, 2020, unless new counsel enters an appearance on their behalf.

**So Ordered.**

/s/  F. Dennis Saylor
F. Dennis Saylor IV
Chief Judge, United States District Court

Dated:  April 23, 2020